**Order entered May 15, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01716-CV

### ELIZABETH EHRMAN, Appellant

### V.

### MCFADDIN FIELD DEVELOPMENT, II, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06351**

## ORDER

We **GRANT** the May 1, 2013 motion of James C. Mosser to withdraw as counsel for

appellant. We **DIRECT** the Clerk of this Court to remove James C. Mosser as counsel for

appellant and to send all future correspondence to appellant at the following address:

c/o John Ehrman
AAA Oil and Gas Advisors, LLC
25211 Grogan's Mill Road, Suite 250
Woodlands, Texas 77380

/s/    CAROLYN WRIGHT
CHIEF JUSTICE